UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: :
                                                                      :
MARY L. DAVIS                        :    Case No.: 15-1-6005-LS
                                                                 :    Chapter 13
                    Debtor(s).         :
                                                                       :

## NOTICE OF FINAL CURE PAYMENT AND
## OPPORTUNITY FOR HEARING

    **PLEASE TAKE NOTICE,** pursuant to Bankruptcy Rule 3002.1(f), that Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee") has made the final payment provided in the confirmed plan to cure the default on the claim secured by the Debtor(s)' personal residence stated in the allowed proof of claim filed on behalf of:

Deutsche Bank National Trust Company,
As Indenture Trustee, for New Century Home Equity Loan Trust 2005-3
whose servicer is Carrington Mortgage Services, LLC
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806
Account No. 2961

The Trustee has no knowledge of and makes no representation concerning payment of other default amounts or post-petition amounts not provided for and funded in the confirmed plan.

    **PLEASE TAKE NOTICE,** that, pursuant to Bankruptcy Rule 3002.1(g), **no later than 21 days after service of this Notice**, the holder of the secured claim, or assignee, may file and serve on the Debtor(s), the attorney for the Debtor(s), and the Trustee, a statement indicating whether it agrees that the Debtor has paid the amount required to cure the default and whether, consistent with 11 U.S.C. §1322(b)(5), the Debtor is otherwise current on all payments. The statement shall itemize any required cure or post-petition amounts that the holder contends remain unpaid as of the date of the statement. Upon the timely filing of a statement by the claimant, the Debtor(s) or the Trustee may file a motion requesting a hearing to determine whether the amount required to cure the default and all required post-petition amounts have been paid in full.

**FURTHER, if the holder of the secured claim fails to timely file and serve a response to this Notice as provided for under Bankruptcy Rule 3002.1(g), the Court may enter an order declaring that the Debtor(s) has cured the default and that no amounts are unpaid as of the date of this Notice.**

- 2 -

                              Respectfully submitted,

September 1, 2018                  /s/ Timothy P. Branigan_____
                                           Timothy P. Branigan (Fed. Bar No. 06295)
                                           Chapter 13 Trustee
                                           9891 Broken Land Parkway, #301
                                           Columbia, Maryland 21046
                                           (410) 290-9120

**Certificate of Service**

      I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Renee O. Dyson, Esq.
Thomas John Gartner, Esq.
Kasey L. Edwards, Esq.
Kristine D. Brown, Esq.
Richard L. Gilman, Esq.

I caused a copy of the pleading above to be sent on September 4, 2018 by first-class U.S. mail, postage prepaid to:

Carrington Mortgage Services, LLC
Attn: Steve Patton, Exec. V.P.
1600 South Douglass Road, Suite 200-A
Anaheim, CA 92806

Robyn A. McQuillen, Esq.
Shapiro and Brown, LLP
10021 Balls Ford Road
Suite 200
Manasass, VA 20109

Mary L. Davis
2215 Herring Creek Drive
Accokeek, MD 20607

                                           /s/ Timothy P. Branigan_____
                                           Timothy P. Branigan